UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DERRICK T. VAUGHN #162245,                          Case No. 2:24-cv-29

               Plaintiff,                           Hon. Robert J. Jonker
                                                    U.S. District Judge
       v.

INTERNAL REVENUE SERVICE, et al.,

               Defendants.
_____/

## JUDGMENT

       In accordance with the order entered this date:

       IT IS ORDERED that the case is DISMISSED for lack of prosecution.


Dated:  July 21, 2024          /s/ Robert J. Jonker
                               ROBERT J. JONKER
                               UNITED STATES DISTRICT JUDGE